

**PORT AUTHORITY NY NJ**

**AIR LAND RAIL SEA**

# MEMO ENDORSED

June 25, 2026

> Defendant's request to extend its deadline to move for summary judgment to July 6, 2026, is granted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: June 26, 2026
> New York, New York

**VIA PACER**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 619
New York, New York 10007

Re:    **Jason Berrios v. Port Authority of New York and New Jersey**
       **Civil Action No.: 1:24-cv-5244-ER**

Dear Judge Ramos:

We represent the defendant in this action and are writing to request that the date for the Port Authority to file its motion for summary judgment be moved from July 3, 2026 to July 6, 2026. When we set the schedule for the summary judgment motion with the Court, I did not focus on the fact that our office will be closed on July 3, 2026 for the Independence Day holiday. I have contacted plaintiff's counsel, and he does not object to this request. I apologize for not bringing this issue to the Court's attention when we initially discussed the schedule for the summary judgment motion. No previous requests for adjournments with respect to the summary judgment schedule have been made.

Thank you for your consideration.

Respectfully requested,

Port Authority Law Department

By: /s/*Megan Lee*
    Megan Lee, Esq.
    (212) 435-3435

ML/pg

cc:  All Counsel (*Via PACER*)